UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| George Tourville, | : | |
| Plaintiff, | : | CASE NO. 10-CV-01737 (PAM/FLN) |
| | : | |
| v. | : | |
| | : | |
| | : | **ORDER OF DISMISSAL WITH** |
| Techpower, Inc., a Minnesota | : | **PREJUDICE AND WITHOUT COSTS** |
| corporation, Telecom Technician | : | **TO ANY PARTY** |
| Services, LLC, a foreign corporation, | : | |
| and Kent Mueller, individually, | : | |
| Defendants. | | |

BASED UPON THE STIPULATION OF THE PARTIES, through their counsel, IT IS HEREBY ORDERED that the above-captioned action is hereby DISMISSED in its entirety, with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

SO ORDERED this __1st__ day of __September__, 2010.

                                                  s/Paul A. Magnuson
                                                The Honorable Paul A. Magnuson
                                                United states District Court Judge